## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**JOSE VAZQUEZ**

Plaintiff,

v.

**STRADA SERVICES INC.**
formerly known as DEL-AIR
ELECTRICAL SERVICES, INC.,

Defendant.

Case No**.   6:18-cv-1288-Orl-41TBS**

### JOINT NOTICE OF SETTLEMENT

Plaintiff JOSE VAZQUEZ and Defendant STRADA SERVICES INC., by and through their undersigned counsel and pursuant to M.D. Fla. R. 3.08, hereby notify the Court that the parties have reached a settlement in the above referenced matter. Upon execution of the agreement, the parties will file a joint motion for approval of settlement.

Dated January 17, 2019.

Respectfully submitted,

*s/Gary D. Wilson*
Gary D. Wilson, Esq.
Florida Bar No.: 0846406
WILSON MCCOY, P.A.
100 E. Sybelia Ave, Suite 205 Maitland,
Florida 32751 Phone: (407) 803-5400
Fax: (407) 803-4617
gwilson@wilsonmccoylaw.com
yhernandez@wilsonmccoylaw.com
Attorney for Defendant

*s/ Cynthia Gonzalez*
Cynthia M. Gonzalez
Florida Bar No. 53052
cynthia@wagesdue.com
CYNTHIA GONZALEZ P.A.
1936 W MLK Blvd, Suite 206
Tampa, Florida 33607
Telephone (813) 333-1322
Fax (866) 593-6771
Attorney for Plaintiff